**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 09-40063-GPM |
| | ) | |
| CENEN GUZMAN-CASTANEDA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter is before the Court on the request by Defendant Cenen Guzman-Castaneda that Plaintiff United States of America disclose the Pre-Sentence Report ("PSR") prepared in Defendant's prior case.  Defendant moves the Court to enter an order permitting the Government to release Defendant's Pre-Sentence Investigation Report from Case No. DR-07-CR-0017 (03), Western District of Texas, to Defendant's counsel.  Defendant's motion is **GRANTED** and the Government is **ORDERED** to provide a copy of Defendant's PSR to Defendant's counsel forthwith.  It is **further ORDERED** that Defendant's counsel shall not provide a copy of the PSR to Defendant in this case or to others not associated with her office.  Defendant's counsel may utilize the confidential information contained in the PSR in preparation for trial and/or sentencing as necessary.

**IT IS SO ORDERED.**

DATED:  December 9, 2009

/s/ G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge